# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AXEL HERNANDEZ, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:09-cv-10259 -MAP |
| | ) | |
| MICHAEL J. ASHE, JOHN KENNEY, | ) | |
| JUAN RAMOS, AND JERRY DEVINE, | ) | |
| Defendant(s) | ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

### IT IS  ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants Michael J. Ashe, et al., against the plaintiff Axel Hernandez, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

 

 

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: October 13, 2010         By /s/ *Maurice G. Lindsay*
                                    Maurice G. Lindsay
                                    Deputy Clerk